**No. 10-9488. George Tucker, Petitioner v. Philip Heath, Superintendent, Sing Sing Correctional Facility.**

563 U.S. 995, 131 S. Ct. 2457, 179 L. Ed. 2d 1223, 2011 U.S. LEXIS 3807.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9490. Brett D. Weinrich, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center.**

563 U.S. 995, 131 S. Ct. 2457, 179 L. Ed. 2d 1223, 2011 U.S. LEXIS 3822, ■

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9491. Stacy Wayne James, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 995, 131 S. Ct. 2458, 179 L. Ed. 2d 1223, 2011 U.S. LEXIS 3746.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9493. Anthony Maurice Jackson, Petitioner v. Rick Thaler, Di-**rector, Texas Department of Criminal Justice, Correctional Institutions Division.

563 U.S. 995, 131 S. Ct. 2458, 179 L. Ed. 2d 1223, 2011 U.S. LEXIS 3780, ■

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9497. Maurice Lagreer Allen, Petitioner v. Cindi Curtin, Warden.**

563 U.S. 995, 131 S. Ct. 2458, 179 L. Ed. 2d 1223, 2011 U.S. LEXIS 3704.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9501. Curtis Q. Owens, Petitioner v. Bernedett Jefferson, et al.**

563 U.S. 995, 131 S. Ct. 2458, 179 L. Ed. 2d 1223, 2011 U.S. LEXIS 3696.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 781.

**No. 10-9507. Eugene E. Konopko, Petitioner v. Westfield Police Department.**

563 U.S. 995, 131 S. Ct. 2458, 179 L. Ed. 2d 1223, 2011 U.S. LEXIS 3803.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.